UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEZNER ALEJANDRO PAZ-ESQUIVEL, <br><br> Petitioner, <br><br> v. <br><br> ANTONE MONIZ, *et al.* <br><br> Respondents. | No. 1:25-cv-13353-DJC |

## **STATUS REPORT**

Respondents respectfully submit the following status report in response to the Court's

Order (Doc. No. 10):

U.S. Immigration and Customs Enforcement ("ICE") informs undersigned counsel that

the immigration court granted the bond. Petitioner Gezner Alejandro Paz-Esquivel was ordered

released under bond of $1,500 on December 11, 2025. Petitioner posted bond on December 15,

2025 and was released from Plymouth County Correctional Facility.


Dated: July 10, 2026                    Respectfully submitted,

                                        LEAH B. FOLEY
                                        United States Attorney

                            By:    */s/ Rayford A. Farquhar*
                                   RAYFORD A. FARQUHAR
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   John Joseph Moakley U.S. Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA 02210
                                   617-748-3100
                                   Email: rayford.farquhar@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: July 10, 2026                  By:     */s/ Rayford A. Farquhar*
                                              RAYFORD A. FARQUHAR
                                              Assistant United States Attorney